UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-25157-CIV-MORENO

PABLO MUNOZ,

    Plaintiff,

vs.

170 KAJU, LLC and JOHN E. GOMEZ,

    Defendant.

_____/

## ORDER GRANTING BY DEFAULT
## DEFENANTS' MOTION TO DISMISS COUNTS II AND III

THIS CAUSE came before the Court upon the Defendants' Motion to Dismiss Counts II and III **(D.E. 8)**, filed on **January 12, 2020**.

THE COURT has considered the motion, the pertinent portions of the record, and is otherwise fully advised in the premises. The Plaintiff's deadline to respond to the Defendants' Motion was January 27, 2020. *See* S.D. Fla. Local Rule 7.1(c) ("For all motions . . . each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion."). Local Rule 7.1(c) further provides that a party's failure to timely respond "may be deemed sufficient cause for granting the motion by default." *Id.*

Because the Plaintiff did not timely respond to the Defendants' Motion to Dismiss, it is

**ADJUDGED** that the Motion to Dismiss Counts II and III is **GRANTED BY DEFAULT** under Local Rule 7.1(c). *See Sauve v. Lamberti*, 247 F.R.D. 703, 704 (S.D. Fla. 2008) (granting motion to dismiss by default under Local Rule 7.1(c)). Counts II and III are thus **DISMISSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ of January 2020.

                                                FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record